JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OC DISCOUNT NUTRITION, LLC, | Case No. SA CV 20-802 PA (JDEx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BRUNO TERRANCE VICK; JOSE HERNANDEZ; MATTHEW BINGHAM; BURTON E. DEZENDORF, JR; DISCOUNT NUTRITION LLC; and DOES 1-20, | |
| Defendants. | |

In accordance with the Court's April 28, 2020 Minute Order dismissing the action filed by plaintiff OC DISCOUNT NUTRITION, LLC ("Plaintiff") for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

DATED: April 28, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE